Argued February 16—decided February 16, 1978

### Peter R. Johl et al. *v.* Town of Groton

The motion by the parties John H. Johl et al., dated January 3, 1978, to dismiss the appeal from the Superior Court in New London County is granted by the court.

The motion by the parties John H. Johl et al., dated December 27, 1977, to dismiss the appeal from the Superior Court in New London County is dismissed as moot.

*Joseph E. Moukawsher,* town attorney, for the appellee-appellant (defendant).

*Walter A. Flynn, Jr.,* for the parties (John H. Johl et al.).

No appearance for the appellant-appellee (named plaintiff).

Argued February 16—decided February 16, 1978